KERBY SAUNDERS-WARKOL, INC., Respondent, v HARRY

MACKLOWE REAL ESTATE COMPANY, INC., Appellant.—

Concur—Kupferman, J. P., Milonas, Asch, Wallach and Rubin, JJ.